No. 753. COHEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Bernard A. Berkman, Larry S. Gordon* and *Joshua J. Kancelbaum* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 816. KELLY *v.* GREER ET AL. C. A. 3d Cir. Certiorari denied. *William H. Arkin* for petitioner. *Elder W. Marshall* and *Richard F. Stevens* for respondent Greer.

No. 826. FOSTER *v.* OREGON. Sup. Ct. Ore. Certiorari denied. *Steve Anderson* for petitioner. *Gary D. Gortmaker* and *Albin W. Norblad* for respondent.

No. 833. IN RE GRIMES. C. A. 10th Cir. Certiorari denied. *Harlan Grimes, pro se,* and *Harvey L. Davis* for petitioner.

No. 837. MAYFLOWER CONGREGATIONAL CHURCH *v.* BERKAW ET AL. Sup. Ct. Mich. Certiorari denied. *Loren T. Wood* for petitioner. *Alfred E. Lindbloom* for respondents.

No. 879. PENNSYLVANIA RAILROAD CO. ET AL. *v.* AMERICAN NATIONAL BANK & TRUST CO. Sup. Ct. Ill. Certiorari denied. *Cornelius P. Callahan* for petitioners. *Louis G. Davidson* for respondent.